ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

FILED
MAY 12 2017
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| VAN RU CREDIT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | No. 17-633 C |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### Corporate Disclosure Statement Pursuant to RCFC 7.1

Pursuant to RCFC 7.1, Plaintiff, Van Ru, through undersigned counsel, states that Van Ru has advised counsel that: Van Ru is a non-public corporation; Van Ru is wholly-owned by a limited liability company; that limited liability company is wholly-owned by another limited liability company; the higher-tier limited liability company is wholly-owned by an individual; and no publicly-held corporation has any stock ownership or membership interest in Van Ru.

Respectfully submitted,

/Seamus Curley
Seamus Curley
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4403
(202) 799-5403 (fax)
seamus.curley@dlapiper.com

Of Counsel
Ethan Brown
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004

(202)799-4413
(202) 799-5413 (fax)
ethan.brown@dlapiper.com

*Attorneys for Van Ru Credit Corporation*

Dated: May 12, 2017

## CERTIFICATE OF SERVICE

I certify that this Rule 7.1 Disclosure will be filed via the Court's electronic case filing system. Additionally, a true and accurate copy of the Complaint will be sent to Alexis J. Echols, Esq., U.S. Department of Justice – Civil Division, via e-mail (alexis.j.echols@usdoj.gov).

s/Seamus Curley
Seamus Curley
DLA Piper LLP (US)
*Counsel for Van Ru Credit Corporation*
