**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| VAN RU CREDIT CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-633 |
| | ) | Chief Judge Susan G. Braden |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's May 22, 2017, hearing and order (ECF No. 28) in this matter, the Court directed defendant, the United States, to confer with plaintiff, Van Ru Credit Corporation (Van Ru), Progressive Financial, Inc. (PFS), Performant Recovery, Inc. (Performant), and Collection Technology, Inc. (CTi) in an effort to determine whether the United States Department of Education (ED) could enter into a temporary contractual relationship by which parties with expired debt collection service contracts, could continue to service in-repayment accounts during the pendency of the ED's corrective action and whether the parties could reach a settlement agreement regarding such relationship. The parties' discussions are subject to Rule 408 of the Federal Rules of Evidence.

Subject to Rule 408 of the Federal Rules of Evidence (FRE), Dr. Patrick Bradfield, the ED's Head of Contracting at Federal Student Aid, counsel for the United States, agency counsel, and counsel for CTi, PFS, Performant, and Van Ru met for that purpose by way of a telephone conference on May 23, 2017. In furtherance of the parties' settlement effort, counsel for the parties exchanged privileged e-mails and held another telephone conference on May 25, 2017. The parties have not reached agreement.

In the absence of such agreement, CTi, PFS, Performant, and Van Ru believe that the current injunction should remain in place at least until the lawsuits filed by PFS (No. 17-558), CTi (17-578), and Van Ru (17-633) have been resolved.[1]  The Government disagrees and maintains that this Court cannot issue *any* injunctive relief in the aforementioned cases because, among other reasons, the Court lacks subject-matter jurisdiction over plaintiffs' claims.  *See* Def.'s Mot. to Dismiss (*Progressive Financial Services, Inc.*, ECF No. 44; *Collection Technology, Inc.*, ECF No. 23; *Van Ru Credit Corporation*, ECF No. 6).  Counsel for the parties have reached agreement regarding a briefing schedule on the Government's pending motions to dismiss for lack of subject-matter jurisdiction in the aforementioned lawsuits.  The parties agree and propose that plaintiffs' responses to the Government's motions be filed on or before June 9, 2017, and the Government's replies be filed on or before June 23, 2017.

---

[1] Performant is not a plaintiff in any related lawsuit pending before this Court.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General


ROBERT E. KIRSCHMAN, JR.
Director


/s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director


OF COUNSEL:

JOSE OTERO
General Attorney
Office of General Counsel
U.S. Department of Education

SARA FALK
General Attorney
Office of General Counsel
U.S. Department of Education

May 31, 2017

/s/Alexis J. Echols
ALEXIS J. ECHOLS
Trial Attorney
Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0463
Fax: (202) 907-2503
E-mail: alexis.j.echols@usdoj.gov

Attorneys for Defendant