# In the United States Court of Federal Claims

No. 17-633
Filed: June 8, 2017

```
*************************************
VAN RU CREDIT CORPORATION,           *
                                     *
       Plaintiff,                    *
                                     *
and                                  *
                                     *
PROGRESSIVE FINANCIAL                *
SERVICES, INC.,                      *
                                     *
       Intervenor-Plaintiff,         *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
       Defendant,                    *
                                     *
and                                  *
                                     *
PREMIERE CREDIT OF NORTH             *
AMERICA, LLC,                        *
                                     *
       Intervenor-Defendant.         *
*************************************
```

## SCHEDULING ORDER

On May 19, 2017, the Government filed a Motion to Dismiss in *Van Ru Credit Corporation v. United States*, No. 17-633. ECF No. 6. The following schedule will govern Plaintiff's Response and the Government's Reply:

    June 16, 2017    Plaintiff will file a response to the Government's May 19, 2017 Motion to Dismiss.

    June 30, 2017    The Government will file a reply.

**IT IS SO ORDERED.**

                                                    s/Susan G. Braden
                                                  **SUSAN G. BRADEN**
                                                  **Chief Judge**