# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| VAN RU CREDIT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| PROGRESSIVE FINANCIAL ) | |
| SERVICES, INC., ) | |
| ) | |
| Intervenor-Plaintiffs, ) | |
| ) No. 17-633 | |
| v. ) Chief Judge Susan G. Braden | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PREMIERE CREDIT OF NORTH ) | |
| AMERICA, LLC, ) | |
| and ALLTRAN EDUCATION, INC., ) | |
| ) | |
| Intervenor-Defendants. ) | |

## DEFENDANT'S NOTICE OF THE STATUS OF CORRECTIVE ACTION

Defendant, the United States, respectfully provides notice of the status of the Department of Education's (ED) corrective action in these protests.

On May 19, 2017, we notified the Court that ED intended to take corrective action by revising certain aspects of Solicitation No. ED-FSA-16-R-0009, regarding Factors 1 and 2. On May 25, 2017, we advised the Court that ED had amended its corrective action, and had decided to re-open the competition in all respects, by allowing all offerors to submit revised small business participation plans. Therefore, ED would reevaluate proposals based not only on Factors 1 and 2, but also on Factor 3 as well.

In a status report filed on August 4, 2017, we informed the Court that ED has been working diligently on the corrective action, and had completed a review of more than half of the 37 proposals it has received under the corrective action. ECF No. 27 (Defendant's Status Report dated August 4, 2017, accompanied by Dr. Bradfield Declaration). We explained in that status report that ED may need additional time, past August 25, 2017, to complete its evaluation and finalize the corrective action.

As of the date of this notice, ED's evaluation teams have completed their review of all proposals. Evaluation reports are now being prepared and should be finalized within the next few weeks. After the evaluation is complete, ED's Source Selection Authority will conduct a new source selection determination and announce any new award or awards, and/or the termination of previously-awarded contracts, as appropriate.

As we stated in our August 4, 2017 status report, this corrective action is a top priority of Federal Student Aid, and ED is working diligently to complete the corrective action. Defendant respectfully requests that it be allowed to file a status report on September 14, 2017, informing the Court of the status of the corrective action.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | /s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| OF COUNSEL:<br><br>JOSE OTERO<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education<br><br>SARA FALK<br>General Attorney<br>Office of the General Counsel<br>U.S. Department of Education<br><br>August 24, 2017 | /s/Alexis J. Echols<br>ALEXIS J. ECHOLS<br>Trial Attorney<br>U.S. Department of Justice<br>Commercial Litigation Branch, Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-0463<br>Fax: (202) 907-2503<br>E-mail: alexis.j.echols@usdoj.gov<br><br>Attorneys for Defendant |